# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Western Division
### Docket No. 5:07-CR-2-1F

| | |
|---|---|
| **United States Of America** ) | |
| ) | **JUDGMENT** |
| **vs.** ) | |
| ) | |
| **Jarrod Waymon Evans** ) | |

On July 3, 2007, Jarrod Waymon Evans appeared before the Honorable James C. Fox, Senior U.S. District Judge in the Eastern District of North Carolina, and upon a plea of guilty to 18 U.S.C. §§ 922(g)(1) and 924, Possession of a Firearm and Ammunition by a Felon, was sentenced to the custody of the Bureau of Prisons for a term of 46 months. Additionally, it was ordered by the court that the defendant be placed on supervised release for 36 months upon release from imprisonment. Jarrod Waymon Evans was released from custody and the term of supervised release commenced on June 4, 2010.

From evidence presented at the revocation hearing on September 9, 2011, the court finds as a fact that Jarrod Waymon Evans, who is appearing before the court with counsel, has violated the terms and conditions of the judgment as follows:

1. Using a controlled substance.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the supervised release term heretofore granted be revoked, and the defendant is ordered committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for a period of 12 months. It is recommended the defendant receive substance abuse treatment while incarcerated.

**IT IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Judgment and same shall serve as the commitment herein.

This the 9th day of September, 2011.

_____
James C. Fox
Senior U.S. District Judge